IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>13158 LAKEHILL DRIVE<br>NOKESVILLE, VIRGNIA 20181 | No. 1:21-sw-279 |

### UNITED STATES' MOTION TO UNSEAL

The United States of America by and through its attorneys, Raj Parekh, Acting United States Attorney for the Eastern District of Virginia, and Lauren Halper, Assistant United States Attorney, respectfully requests that the above-captioned matter be unsealed.

On May 4, 2021, the Honorable Michael S. Nachmanoff, United States Magistrate Judge for the Eastern District of Virginia, authorized a search warrant of the property listed above. In order to protect the criminal investigation, the United States requested that the search warrant, application, supporting affidavit, motion to seal, and sealing order be sealed until further motion of the United States.

The concerns raised in the motion to seal the above-captioned matter are no longer present and the United States now respectfully moves to unseal the warrant, application, supporting affidavit, motion to seal, sealing order, and any other documents filed in connection with the above-captioned matter.

                                               Respectfully submitted,

                                               Raj Parekh
                                               Acting United States Attorney

                      By:                /s/
                                               Lauren Halper
                                               Assistant United States Attorney